8,531-26

MR. CLIFTON JERRY FRANCIS JR. — #1965122 1/
PAM LYCHNER STATE·JAIL — C3-04
2350 ATASCOCITA ROAD
HUMBLE, TEXAS 77396

ATTN: (MR.) ABEL ACOSTA · CLERK OF THE COURT
OFFICE OF THE CLERK
COURT OF CRIMINAL APPEALS · STATE OF TEXAS
PO BOX 12308
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk

RE: EX PARTE CLIFTON JERRY LANDRY
CAUSE NUMBER 507035·J
WRIT (CCA) NUMBER WR-8,531-26
262nd. DISTRICT COURT — HARRIS COUNTY, TEXAS
"CHANGE OF (MAILING) ADDRESS NOTICE"

DEAR (MR.) ACOSTA:

INCARCERATED AND MY (MAILING) ADDRESS (INCARCERATION LOCATION) HAS CHANGED, AND IS NOW AS FOLLOWS:

MR. CLIFTON JERRY FRANCIS, JR. — #1965122
PAM LYCHNER STATE·JAIL — C3-04
2350 ATASCOCITA ROAD
HUMBLE, TEXAS 77396

PLEASE MAKE NOTE IN THE ABOVE CAUSE/WRIT CASE OF THIS "CHANGE OF (MAILING) ADDRESS NOTICE".

DONE ON THIS THE 23rd. DAY OF JANUARY, 20 15.

CLIFTON JERRY FRANCIS JR.

1cc/CJF
cc: FILE

FOOT·NOTE 1/
THE HABEAS WRIT (CAUSE/WRIT CASE) BEFORE THE COURT IS UNDER "AKA" LANDRY (ALSO, SEE, CLIFTON JERRY LANDRY — TDCJ NUMBER 498142), TO THE CONTRARY, I AM PRESENTLY INCARCERATED UNDER (MY LEGAL BIRTH NAME) FRANCIS; ALL CORRESPONDENCE TO ME SHOULD BE ADDRESSED UNDER MY LEGAL BIRTH NAME FRANCIS, UNLESS TOLD OTHERWISE IN THE FUTURE.